UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEAN DUFFY individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

CORE NUTRITION, LLC

                      Defendant.

Civil Action No.: 1:18-cv-05188

## STIPULATION AND ORDER TO EXTEND THE DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, on September 14, 2018, Plaintiff filed a Complaint in this action (the "Complaint"); and

WHEREAS, the deadline for Defendant to answer or otherwise respond to the Complaint was March 15, 2019; and

WHEREAS, the parties have agreed, subject to the Court's approval, that the Defendant's deadline to respond to the Complaint shall be extended to April 19, 2019.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

       1. Defendant shall have until April 19, 2019 to serve its response to the Complaint.

       2. This is the first extension of time sought by the Defendant with respect to the deadline to respond to the Complaint.

       3. The requested extension will not impact any other dates in this Action.

This stipulation may be executed in counterparts.

Dated: April 1, 2019

*Signature*
Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Blvd., Suite 311
Great Neck, NY 11201
(516) 303-0552
spencer@spencersheehan.com

*Attorneys for Plaintiff*

*Signature*
Elizabeth R. Baksh
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York  10019
(212) 415-9200
baksh.elizabeth@dorsey.com

*Attorneys for Defendant*
*Core Nutrition, LLC*

SO ORDERED:

_____
                U.S.D.J.