**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEAN DUFFY individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  -against-<br><br>CORE NUTRITION, LLC<br><br>  Defendant. | 1:18-cv-05188-KAM-RER<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action against Defendant Core Nutrition, LLC with prejudice.

Dated: Great Neck, New York
       April 18, 2019

SHEEHAN & ASSOCIATES, P.C.

By: /s/ *Spencer Sheehan*
       Spencer Sheehan
       SS-8533
505 Northern Blvd. Ste. 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

*Attorneys for Plaintiff*

1:18-cv-05188-KAM-RER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEAN DUFFY individually and on behalf of all others similarly situated

                              Plaintiff

    - against -

CORE NUTRITION, LLC

                              Defendant

## Notice of Voluntary Dismissal with Prejudice

```
Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
    Great Neck, NY 11021
   Tel:  (516) 303-0552
```
                        Fax: (516) 234-7800
              spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: April 18, 2019

                                                      /s/ Spencer Sheehan
                                                      Spencer Sheehan

**Error! Unknown document property name.**
**Error! Unknown document property name.**