FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 24 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SEAN DUFFY individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

CORE NUTRITION, LLC

                Defendant.

1:18-cv-05188-KAM-RER

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action against Defendant Core Nutrition, LLC with prejudice.

Dated: Great Neck, New York
April 18, 2019

SHEEHAN & ASSOCIATES, P.C.

By: */s/ Spencer Sheehan*
Spencer Sheehan
SS-8533
505 Northern Blvd. Ste. 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

*Attorneys for Plaintiff*

4/23/2019

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge